UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY G. PHILPOT | CIVIL ACTION |
| VERSUS | No. 18-9085 |
| SCENE ENTERTAINMENT, LLC | SECTION: "J"(3) |

**ORDER AND REASONS**

Before the Court is Plaintiff's *Motion for Attorney's Fees* **(Rec. Doc. 21)**. In prior orders, the Court granted default judgment in favor of Plaintiff and against Defendant Scene Entertainment, LLC on Plaintiff's copyright infringement claim,[1] awarded Plaintiff $10,500 in statutory damages, determined Plaintiff was entitled to attorney's fees, and directed Plaintiff to submit evidence supporting his request for attorney's fees.[2] Defendant has not filed a response to the instant motion.

Plaintiff requests $14,079.33 in attorney's fees and $844.33 in costs.[3] However, the evidence submitted by Plaintiff shows only $13,735.00 in attorney's fees was incurred. This amount is based on a total of 50.1 hours of work performed by four different attorneys, charging rates from $250 to $450 per hour. While the Court finds that these rates are generally reasonable, the Court takes issue with two entries in particular.

---

[1] (Rec. Doc. 12).
[2] (Rec. Doc. 18).
[3] (Rec. Doc. 21, at 1).

1

It is customary in this circuit for attorneys to be reimbursed at only half their normal hourly rate for travel time. *See DeArmond v. All. Energy Servs., LLC*, No. 17-02222, 2018 WL 2463207, at *7 (E.D. La. June 1, 2018) (collecting cases). There are two entries for attorney Saisha Chandrasekaran that charge her normal hourly rate for travel to and from New Orleans.[4] One entry is just for travel on May 23, 2019, and bills for 3.3 hours at $250 per hour, for a total of $825.00; this can easily be reduced by half to $412.50. The other entry is more complicated, as it is block billed; the description reads "Pursue Strategy re Prepare for Hearing; Travel to New Orleans," and lists the time expended as 10.3 hours. But rather than imposing a flat reduction, which is the most common method for compensating for block billing, *see id.* at *6, the Court will also reduce this entry by $412.50, as her return trip presumably took the same amount of time, for a total reduction of $825.00. Thus, the Court finds $12,910.00 to be reasonable attorney's fees in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's *Motion for Attorney's Fees* **(Rec. Doc. 21)** is **GRANTED**, and Plaintiff is awarded **$12,910.00** in attorney's fees and **$844.33** in costs.

New Orleans, Louisiana, this 26th day of July, 2019.

*[signature]*
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

---

[4] (Rec. Doc. 21-1, at 25).